**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **HFLF PROPERTIES LP** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-cv-00015** |
| | § | |
| **UNITED FIRE & CASUALTY COMPANY** | § | |

_____

| | | |
|---|---|---|
| **FIVE F INVESTMENTS** | § | |
| **MANAGEMENT LLC** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-cv-00017** |
| | § | |
| **UNITED FIRE & CASUALTY COMPANY** | § | |

_____

| | | |
|---|---|---|
| **HFLF PROPERTIES LP** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-cv-00020** |
| | § | |
| **UNITED FIRE & CASUALTY COMPANY** | § | |

_____

| | | |
|---|---|---|
| **HUGO FLORES** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-cv-00021** |
| | § | |
| **UNITED FIRE & CASUALTY COMPANY** | § | |

**<u>JOINT MOTION TO MODIFY THIRD AMENDED SCHEDULING ORDER</u>**

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Plaintiffs, HFLF Properties, LP, Hugo Flores and Five F Investments Management LLC ("Plaintiffs"), and Defendant, United Fire & Casualty Company ("Defendant" or "United Fire"), in the above styled and numbered causes, and file this Joint Motion to Modify Third Amended Scheduling Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and in support thereof would show the Court as follows:

1.      On May 7, 2020, the Court entered the Third Amended Scheduling Orders in these consolidated cases (Dkt. #24 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #28 (5:19-cv-0020)). With respect to the unexpired deadlines, the Third Scheduling Order set August 6, 2020 as the Deadline to Complete All Discovery, including depositions of expert witnesses; September 10, 2020 Deadline to file Dispositive Motions and Motions to Exclude or Limit Expert Testimony. With respect to the Track A and Track B deadlines, the Second Amended Scheduling Orders set the following deadlines[1]:

-      5:19-cv-0015
       Track A deadline of October 22, 2020
       Track B deadline of January 7, 2021

-      5:19-cv-0017
       Track A deadline of November 5, 2020
       Track B deadline of January 21, 2021

-      5:19-cv-0020
       Track A deadline of November 19, 2020
       Track B deadline of February 4, 2021, and

-      5:19-cv-0021
       Track A deadline of December 3, 2020
       Track B deadline of February 18, 2021

2.      In December 2019, the parties moved to enter a First Amended Scheduling Order due to the time to conduct inspections of the properties and to address some issues with one of Plaintiffs' experts (Shan Bell). (Dkt. #12 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #17 (5:19-cv-0020)).

3.      During a status conference on March 10, 2020, the parties advised the Court that they had agreed on a mediator but may have problems scheduling the mediation by the mediation deadline of April 17, 2020 as set forth in the First Amended Scheduling Orders. Finding good

---

[1] Although the non-pretrial filing deadlines are the same in each of the consolidated matters, the parties requested that the Track A and B deadlines for each case be spaced 2 weeks apart in order to allow the parties adequate time to complete one set of pretrial filings before addressing the next case's pretrial filings.

cause, the Court extended the mediation deadline to April 30, 2020 and entered the Second Amended Scheduling Orders. (Dkt. #17 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #21 (5:19-cv-0020)). *Other than the mediation deadline, all other unexpired deadlines remained the same.*

4.  Shortly after the entry of the Second Amended Scheduling Order, COVID-19 adversely impacted the United States, including the State of Texas and the various counties and cities within the State, including Webb County, Bexar County, Harris County, and Montgomery County (where counsel live and work).

5.  As a result of COVID-19, the parties sought leave of Court to remotely attend mediation on April 23, 2020, which the Court granted. (Dkt. #17 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #20 (5:19-cv-0020)). Mediation was unsuccessful and the parties advised the Court of such on April 27, 2020. (Dkt. #21 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #25 (5:19-cv-0020)).

6.  Prior to COVID-19's impact, the parties had taken oral depositions of the following persons in all four cases,

- **January 14, 2020 – Shan Bell (expert for Plaintiffs);**

- **February 11, 2020 – Hugo Flores (representative for Plaintiffs).**

Further, the depositions of the following were scheduled and were postponed due to travel restrictions/stay home orders:

- **April 28, 2020 – Lily Rubio (fact witness and assistant to Hugo Flores) (to be rescheduled);**

- **May 21, 2020 – Edward Cox (Defendant's expert); and**

- **May 29, 2020 – Corporate Representative of Defendant.**

7.      Subsequent to the entry of the Third Amended Scheduling Order, the parties have deposed the following:

- **May 21, 2020 – Dr. Ed Cox;**

- **May 29, 2020 – corporate representative of Defendant;**

- **June 9, 2020 – Lily Rubio; and,**

- **July 30, 2020 – Phil Mayfield (expert for Plaintiffs) (started but not concluded).**

8.      Mr. Mayfield is Plaintiffs' causation expert as to all four properties at issue. The deposition of Mr. Mayfield was noticed for later in July as counsel initially hoped to depose Mr. Mayfield in-person. However, as a second wave of infections began (and appears to be continuing) counsel moved forward with Mr. Mayfield's deposition remotely. During the July 30, 2020 remote deposition of Mr. Mayfield numerous technical issues were encountered using both the Adobe Connect platform and the Zoom platform. At that time, counsel for the parties agreed that it was better to re-notice Mr. Mayfield's deposition to occur in-person at counsel for Defendant's office in Dallas, Texas (where Mr. Mayfield resides) on August 5, 2020.

9.      Currently pending before the Court is Plaintiffs' Motion to Reduce Expert Invoice Under Fed. R. Civ. P. 26(B)(4)(E) concerning the deposition of Defendant's expert, Matthew Spiekerman. (Dkt. # 26 (5:19-cv-0015; 5:19-cv-0017; 5:19-cv-0021) and Dkt. #30 (5:19-cv-0020)). The deposition of Mr. Spiekerman has not been noticed as counsel is waiting on the Court's ruling on that motion before proceeding with Mr. Spiekerman's deposition.

10.     Counsel for Plaintiffs is currently in the process of providing dates for depositions of the following tenants of the Plaintiffs;

- 810 Hallmark
  **DALKO Resources, Inc.**

- 806 Hallmark
  **Intransit**

- 814 Nafta
  **Martinez International**

- 318 Crossroads
  **Exportcargo Forwarding Inc**.

Additionally, counsel for Plaintiffs is coordinating dates for the deposition of **Savo, LC (Dominion Commercial Construction)** the company to performed roof work on the properties. Counsel for Defendant has requested more information concerning the **Federal Express** entity that occupied the 810 Hallmark property for many years prior to 2017 so that a deposition can be taken of a person with knowledge concerning historic roof leaks and maintenance of that property.

11.     Finally, as the Court is aware, counsel for Plaintiffs, Vincenzo J. Santini, was a candidate for the bench of the 457th Judicial District Court, Montgomery County, Texas.  Recently, Mr. Santini won the primary runoff election and on July 23, 2020, Governor Greg Abbott appointed Mr. Santini to the bench of the 457th Court.  Mr. Santini's last day at the Voss Law Firm is July 31, 2020. Accordingly, this matter will require a new attorney in charge and Plaintiffs anticipate filing a Notice of Appearance of a new attorney in charge shortly. Due to the number of depositions that have occurred and need to occur, and given the fact that this consolidated matter concerns four (4) separate properties, it is expected that the new attorney in charge will require some amount of time to become as familiar with the case as Mr. Santini.

12.     Accordingly, the parties respectfully request an additional 120 days (approximately) be added to the existing unexpired deadlines to allow for the completion of discovery, motion practice, and pre-trial filings. Attached hereto as Exhibit "A" is the proposed Fourth Amended Scheduling Order deadlines that the parties respectfully request that the Court enter in this matter.

13.     Counsel for both parties agree that the current remaining deadlines in the Third Amended Scheduling Order be modified as set forth in the attached Exhibit "A".

### CONCLUSION AND PRAYER

**WHEREFORE**, Plaintiffs, HFLF Properties, LP, Hugo Flores and Five F Investments Management LLC, and Defendant, United Fire & Casualty Company, respectfully request that the Court modify the remaining deadlines in this matter and enter a Fourth Amended Scheduling Order with new deadlines as requested herein and in the attached Exhibit "A".

Respectfully submitted,

THE VOSS LAW FIRM


By: /s/ Vincenzo J. Santini
          Vincenzo J. Santini
          State Bar No. 24064310
          Southern District Federal ID: 3280818
The Voss Law Center
26619 Interstate 45 South
The Woodlands, TX  77380
Telephone:     713-861-0015
Facsimile:      713-861-0021
Email:          vince@vosslaw.com
Counsel for Plaintiffs

GAUNTT KOEN BINNEY & KIDD, LLP


By:  /s/ David P. Andis
          David P. Andis
          State Bar No. 00793265
          Southern District Federal ID: 19480
          Attorney in Charge
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:     281-367-6555
Facsimile:      281-367-3705
Email: david.andis@gkbklaw.com
Counsel for Defendant

6

Of Counsel for Defendant:

     J. Chad Gauntt
     State Bar No. 07765990
     Southern District Federal ID: 14135
     Gauntt Koen Binney & Kidd, LLP
     25700 I-45 North, Suite 130
     Spring, Texas 77386
     Telephone:    281-367-6555
     Facsimile:    281-367-3705
     Email: chad.gauntt@gkbklaw.com


## CERTIFICATE OF SERVICE

     This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on July 31, 2020 via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically.

Vincenzo J. Santini
State Bar No. 24064310
Southern District Federal ID: 3280818
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, TX  77380
Telephone:    713-861-0015
Facsimile:    713-861-0021
Email:     vince@vosslaw.com
*Attorney for Plaintiffs*

           /s/ David P. Andis_____
           David Andis