United States District Court
Southern District of Texas
**ENTERED**
March 18, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| HUGO FLORES, § § § Plaintiff, § VS. § UNITED FIRE & CASUALTY COMPANY, § § Defendant. § § | CIVIL ACTION NO. 5:19-CV-21 |

## ORDER

On March 18, 2021, Plaintiff Hugo Flores and Defendant United Fire & Casualty Company filed an "Agreed Stipulation of Dismissal of Lawsuit With Prejudice" (Dkt. 54). The stipulation (Dkt. 54), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 18th day of March, 2021.

_____
Diana Saldaña
United States District Judge